## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

In re:

Danny's Scottsdale & TB, LLC

CASE NO: **2:10-bk-05794**

**CH. 11 POST CONFIRMATION REPORT**

___X___ QUARTERLY _____ FINAL
(Please check)

**QUARTER ENDING:** March 31, 2012

**DATE PLAN CONFIRMED:** December 31, 2011

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:    $ 188,202.70

B. Disbursements not under the plan, for current quarter:    $ 1,190,740.55

Total Disbursements:    $ 1,378,943.25

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

We expect to fully comply with the plan.

2. Please describe any factors which may materially affect your ability to obtain a financial decree.

None

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

Plan payments have begun.

Case 2:10-bk-02794-SHG   Doc 1729   Filed 06/13/12   Entered 06/13/12 11:37:17   Desc
Main Document     Page 1 of 3

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $ - | $ - | $ - |
| 2. Fee for Attorney for Trustee | | | |
| 3. Fee for Attorney for Debtor | | | |
| 4. Other Professionals | | | |
| 5. All expenses, Including Distribution Agent's | | | |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $ 73,449.70 | $ 73,449.70 | $ 4,379,660.57 |
| 7. Priority Creditors | $ 108,253.00 | $ 108,253.00 | $ 206,008.72 |
| 8. Unsecured Creditors | | | $ 189,908.86 |
| 9. Equity Security Holders | | | |
| 10. Other Payments- Specify Class of Payee | | | |
| Trustee Fees | $ 6,500.00 | $ 6,500.00 | |
| | | | |
| | | | |
| | | | |
| **TOTAL PLAN DISBURSEMENTS** | $ 188,202.70 | $ 188,202.70 | $ 4,775,578.15 |

(Report Sum of Lines 1 - 10, *current quarter column* , on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan: _____

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

| | Description of Property |
|---|---|
| Secured Creditors | |
| Priority Creditors | |
| Unsecured Creditors | |
| Equity Security Holders | |

Other Transfers- Specify class of Transferee

Case 2:10-bk-02794-SHG    Doc 1729    Filed 06/13/12    Entered 06/13/12 11:37:17    Desc
Main Document      Page 2 of 3

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____  Yes  Date application was submitted:  _____

____X____  No  Date when application will be submitted:  _____

Estimated Date of Final Payment Under Plan:  _____12/31/2016_____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____  DATE: _____June 13, 2012_____

Kent Despain
_____(PRINT NAME)_____